PEARL MUNZER, Appellant, *v.* RUSSELL E. BLAISDELL (Superintendent of Rockland State Hospital) et al., Respondents.

Submitted May 26, 1947; decided May 29, 1947.

Motion by appellant for reargument denied. [See 296 N. Y. 409.]

In the Matter of the Application of MICHAL AKSTEROWICZ, as Administrator of the Estate of PETER LAKUTO, Deceased, Respondent. FRANCES SATKOWSKI et al., Appellants. (Two Proceedings.)

Submitted May 26, 1947; decided May 29, 1947.

*Jacob Weissfeld* for motion.
*Dinah R. Rosenblatt* opposed.

Motions granted and appeals dismissed upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.